THE HONORABLE THOMAS S. ZILLY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN WRIGHT,<br><br>Defendant. | No. CR 10-346-TSZ-BAT<br><br>ORDER GRANTING MODIFICATION OF APPEARANCE BOND FOR DEFENDANT JOHN WRIGHT |

This matter comes before the Court on a joint motion for an Order Modifying Conditions of John Wright's Appearance Bond, having considered the entirety of the records and files, and good cause appearing, therefore, it is:

ORDERED that the parties' Motion for an Order Modifying Conditions of his Appearance Bond is granted.

Mr. Wright's appearance bond is modified as follows:

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

ORDER GRANTING MODIFICATION
OF APPEARANCE BOND
(John Wright; CR10-346TSZ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall be removed from the location monitoring program upon reporting to inpatient treatment. Monitoring shall commence within 24 hours of his release from inpatient treatment, at the direction of the location monitoring officer. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist.

IT IS FURTHER ORDERED that all other conditions of the July 18, 2018 Appearance Bond shall remain in effect.

IT IS SO ORDERED.

DONE this 24th day of July, 2018.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for John Wright

ORDER GRANTING MODIFICATION
OF APPEARANCE BOND
(John Wright; CR10-346TSZ) - 2

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100